

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00075-CV

UPSHUR COUNTY APPRAISAL DISTRICT, Appellant

V.

MUSTANG GAS COMPRESSION, LLC, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 475-17

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

The parties have filed a motion seeking to abate this matter to the trial court for purposes of effectuating their settlement agreement. We grant the parties' motion and hereby abate the appeal to the trial court until March 12, 2021. *See* TEX. R. APP. P. 42.1(a)(2)(C).

If the settlement has been effectuated by March 12, the appellant is instructed to file a motion to reinstate and dismiss the appeal in accordance with the parties' settlement agreement. If the settlement agreement has not been effectuated by March 12, the appellant is instructed to file a report informing this Court of the status of the matter and requesting any necessary extension of the abatement.

IT IS SO ORDERED.

BY THE COURT

Date: February 22, 2021